## (January 13, 1958)

■ Lester Bart, Appellant, v. Theresa Palumbo, Respondent.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ Samuel Fleisher, Respondent, v. Sidney Saney et al., Doing Business as The Nosh Box, Appellants. Sidney Saney et al., Third-Party Plaintiffs-Appellants, v. Danilow Pastry, Inc., Third-Party Defendant-Respondent.— Pursuant to stipulation, motions for leave to appeal to the Appellate Division withdrawn, without costs. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ Jean Gross et al., Respondents, et al., Plaintiffs, v. Harriet Lewis et al., Appellants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. [See 4 A D 2d 966.]

■ In the Matter of Audrey Lewis, Appellant, against Edward Lewis, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. Motion for reargument denied, without costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. [See 4 A D 2d 862.]

■ In the Matter of Brooklyn Bar Association, Petitioner. Marcus S. Siegel, an Attorney, Respondent.— Motion to confirm report of the Official Referee granted except as to the recommended period of suspension. A suspension of five years is deemed warranted under the circumstances here presented. Respondent suspended from the practice of the law for a period of five years from the date of the entry of the order hereon. Present — Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ In the Matter of Simon Turk, Respondent, against Anchor Waterproofing Corp. et al., Judgment-Debtors and Zephyr Construction Company, Inc., Third-Party Appellant.— Motion for leave to appeal to the Appellate Division and for a stay denied, without costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ John Kokotowski, Appellant, v. City of New York, Defendant, and National League Baseball Club of Boston, Doing Business under the Name of Boston Braves, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. [See 4 A D 2d 877.]

■ Ohio Farmers Indemnity Insurance Company, Respondent, v. Miriam Brotz, as Administratrix of the Estate of Samuel Brotz, Deceased, Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. [See ante, p. 677.]

■ Carl U. Ackerlind et al., Respondents, v. Temple Sinai, Appellant.— In an action to enjoin the use and occupation of certain premises as a community house, allegedly in violation of covenants restricting said premises to use as a dwelling house for occupancy by not more than one family, the appeal is from an order denying a motion for judgment on the pleadings dismissing the complaint. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ., concur.